IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN RYAN MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv854-MHT |
| | ) | (WO) |
| OFFICER AARON HARDY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that corrections officer Aaron Hardy assaulted him, in violation of his Eighth Amendment right to be free from excessive use of force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice due to his failure to pay the initial filing fee. Plaintiff filed no objections in response to the recommendation. Instead, he filed only his prison trust fund account statements, which he had previously filed, and which appear to show that he has

sufficient funds to pay the fee. Plaintiff offers no explanation as to why he has not requested that prison officials forward the required fee from his account to the court. Therefore, after an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of April, 2017.

                                    /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**