IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JONATHAN RYAN MINOR,         )
                             )
     Plaintiff,              )
                             )     CIVIL ACTION NO.
     v.                      )       2:16cv854-MHT
                             )            (WO)
OFFICER AARON HARDY,         )
                             )
     Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 7) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of April, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE